Hon. Philip H Brandt
In Proceedings Under
  Chapter 13
Hearing Date: May 14, 2009
Time:           9:00 AM
Response Date: May 7, 2009
Location: US Courthouse, Seattle

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Frank W and Georgina J Callender,

Debtor(s).

Chapter 13 Case No: 09-10735 PHB

**ORDER FOR PAYMENT OF ATTORNEYS' FEES**

THIS MATTER having come before the Court upon the Debtors' motion payment of attorneys fees; the Court being fully advised and good cause appearing therefore;

IT IS HEREBY ORDERED that:

1. That additional attorney fees of $2,137.12 and the requested plan fees of $1,174.00 are hereby approved and awarded as an administrative expense pursuant to 11 U.S.C. 503(b), payable by the estate, or upon dismissal by the debtor(s), for the benefit of the Law Office of Mark McClure, PS. The additional fees of $2,137.12 and the requested plan fees of $1,174.00 shall be paid to the Law Office of Mark McClure, P.S. These fees shall be paid prior to confirmation if this order is granted prior to confirmation. The fees and costs are reasonable and were necessary and beneficial to the estate.

2. If there are insufficient funds from available proceeds, the approved fees and costs shall be paid after approved regular payments to secured creditors, but before

**ORDER ON ATTORNEY FEES**

z:\legal ii\2008\bankruptcy\callender, frank w and georgina j\atty fees - pre-confirmation\fee application_mod_ii.doc

**Law Office of Mark McClure, P.S.**
**625 5th Avenue South**
**(253) 631-6484**
**Mark@NorthWestBk.com**

arrearages to secured creditors, prior to any other claims other than claims by Debtors' present counsel and as soon as practicable by the trustee.

3. If the case is later dismissed or converted, the outstanding fees and costs shall survive and the Debtors shall not receive a refund until after payment in full of the trustee's fees and costs and any outstanding fees and costs due under this order.

DATED:

Ordered by:

*Karen A. Overstreet* dge
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/ Mark C. McClure
Mark C. McClure, WSBA 24393
Attorney for Debtor(s)

**ORDER ON ATTORNEY FEES**

z:\legal ii\2008\bankruptcy\callender, frank w and georgina j\atty fees - pre-confirmation\fee application_mod_ii.doc

**Law Office of Mark McClure, P.S.**
**625 5th Avenue South**
**(253) 631-6484**
**Mark@NorthWestBk.com**